

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2024

No. 04-23-00980-CR

**EX PARTE** Christian W. **PFISTER**

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-20-0273
Honorable Kirsten Legore, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on January 10, 2024.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2024.

_____
Michael A. Cruz, Clerk of Court